UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                              Case No. 10-CR-0053

NATHAN JON SCHEI,

      Defendant.

**ORDER GRANTING MOTION TO ADJOURN FINAL PRETRIAL AND TRIAL**

      Defendant Nathan Jon Schei has filed a motion to adjourn his final pretrial conference and trial date in the above matter on the ground that his attorney needs additional time in which to review the discovery materials provided by the Government and to prepare for trial or plea negotiations. Counsel indicates that she had received a CD containing approximately 300 documents on March 29, 2010 and two more CD's with an additional 600 new documents on April 19, respectively. She is still in the process of reviewing the materials and, given other obligations she has, does not believe she can complete her review and be ready for the pretrial conference and trial currently set for May 19, 2010 and June 1, 2010. Counsel therefore requests that the Court adjourn the final pretrial conference and trial dates for a period of 30 days. The Government does not oppose the Defendants motion.

      The motion will be granted. The interests of both the Defendant and the public in a speedy trial are outweighed in this instance by the need to provide defendant's attorney with an adequate opportunity to prepare for trial and to effectively represent him. The clerk shall therefore contact

counsel for the Defendant and the Government and set a new pretrial conference and trial date in accordance with Defendant's motion. The Court further finds that the additional time provided counsel will be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED** this    28th    day of April, 2010.

                                                 s/ William C. Griesbach
                                                 William C. Griesbach
                                                 United States District Judge